**CERTIFICATE OF SERVICE**

I certify that, on this 17th day of December, 2025, I caused a copy of Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction, and attachments thereto, to be served, via U.S. Mail, postage pre-paid, on Plaintiff at the address listed below:

DAVID MYTYCH
2 MASSACHUSETTS AVE UNIT 78080
WASHINGTON DC 20013

*/s/ David S. Bettwy*
DAVID S. BETTWY
Assistant United States Attorney